UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :         **ORDER**
v.                                 :
                                   :         15 CR 402 (VB)
JUSTIN LAUREL,                     :
                        Defendant. :
--------------------------------------------------------x

In response to the Court's Order of May 1, 2020 (Doc. #69), the government has advised the Court that it is not willing to waive the administrative exhaustion requirement set forth in 18 U.S.C. § 3582(c)(1)(A) with respect to defendant's motion for a reduction of sentence (Doc. #70).  It is not clear from the government's letter of May 7, 2020, whether the government has mailed a copy thereof to defendant.  If it has not already done so, the government shall mail a copy of its May 7 letter to defendant.

Accordingly, consistent with the Court's May 1, 2020, Order, the motion is DENIED WITHOUT PREJUDICE to re-filing after the administrative exhaustion requirement has been satisfied.

Chambers will mail a copy of this Order to defendant at the following address:

Justin Laurel
Reg. No. 72115-054
LSCI Butner
P.O. Box 999
Butner, NC 27509

Dated: May 7, 2020
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

1