USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUSTIN LAUREL,

          Movant,

    -against-

UNITED STATES OF AMERICA,

          Respondent.

---

20-CV-3369 (VB)
15-CR-402 (VB)
ORDER

VINCENT L. BRICCETTI, United States District Judge:

On April 29, 2020, the Court received Justin Laurel's motion under 18 U.S.C. § 3582(c)(1)(A). The Clerk of Court docketed it in Laurel's criminal action as a motion under 28 U.S.C. § 2255. (Doc. #67 in 15-CR-402). The motion was also opened as a new civil action and assigned a new civil docket number. (Doc. #2 in 20-CV-3369).

The Clerk of Court is directed to: (1) change the docket description of Doc. #67 in the criminal action, 15-CR-402, from "motion to vacate under 28 U.S.C. § 2255" to "motion under 18 U.S.C. § 3582(c)(1)(A)"; and (2) administratively close the civil action, 20-CV-3369. All future documents are to be filed in the criminal action, 15-CR-402.

Chambers will mail a copy of this order to Justin Laurel at his address on the docket.

SO ORDERED.

Dated: May 8, 2020
       White Plains, New York

                                                _____
                                                VINCENT L. BRICCETTI
                                                United States District Judge