UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                             :  **ORDER**
v.                                :
                                             :  15 CR 402 (VB)
JUSTIN LAUREL,                    :
                            Defendant.   :
--------------------------------------------------------x

       In a submission entitled "objection to order dated 5/1/20" (docketed as Doc. #5 in 20cv3369), defendant claims the Court incorrectly ruled that it does not have the power to waive the administrative exhaustion requirement in 18 U.S.C. § 3582(c)(1)(A). The Court construes the "objection" as a motion for reconsideration of the Court's prior order. Having done so, the motion is DENIED.

       Chambers will mail a copy of this Order to defendant at the following address:

Justin Laurel
Reg. No. 72115-054
LSCI Butner
P.O. Box 999
Butner, NC 27509

Dated: May 18, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge