UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :        **ORDER**
v.                                           :
                                             :        15 CR 402 (VB)
JUSTIN LAUREL,                               :
                       Defendant.       :
--------------------------------------------------------------x

      By Order dated May 7, 2020 (Doc. #71), the Court denied without prejudice defendant Justin Laurel's motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (see Doc. #67), because defendant's submission did not indicate whether the administrative exhaustion requirement, a prerequisite to making such a motion, had been satisfied, and the government had advised the Court that it was not willing to waive the exhaustion requirement.

      In a submission dated June 22, 2020, defendant again moves for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (See Doc. #78).  Defendant's motion and its attachments indicate that on May 19, 2020, defendant made an application to the warden of his facility for compassionate release under Section 3582(c)(1)(A)(i), and that the warden acknowledged defendant's request.  (See id. at ECF 6,7).

      Thirty days following defendant's application to the warden of his facility would be June 18, 2020.  Accordingly, more than thirty days have lapsed since the warden's receipt of defendant's application.  For this reason, defendant's motion is timely pursuant to Section 3582(c)(1)(A).

      Accordingly, by July 14, 2020, the government is directed to file its response to defendant's motion.  (Doc. #78).  The government is directed to address the merits of the motion.

      Chambers will mail a copy of this Order to defendant at the following address:

Justin Laurel
Reg. No. 72115-054
LSCI Butner
P.O. Box 999
Butner, NC 27509

Dated: June 30, 2020
       White Plains, NY                        SO ORDERED:

                                                                          _____
                                                                          Vincent L. Briccetti, U.S.D.J.