UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA        :
                                :       **ORDER**
v.                              :
                                :       15 CR 402 (VB)
JUSTIN LAUREL,                  :
                  Defendant.    :
--------------------------------------------------------------x

By letter dated December 29, 2023, defendant Justin Laurel requests early termination of supervised release. The letter will be separately docketed.

Having consulted with the Probation Department and considered the factors set forth in 18 U.S.C. § 3553(a), the Court does not believe early termination of supervised release pursuant to 18 U.S.C. § 3583(e) is warranted at this time by the conduct of the defendant or is otherwise in the interest of justice. Specifically, given the seriousness of defendant's offense, his lengthy criminal record, and his history of drug abuse, the five year term of supervised release to follow defendant's release from prison was entirely appropriate to ensure close supervision by a probation officer over a lengthy period of time. Moreover, although defendant by all accounts has done well while on supervised release, for which he should be commended, his main concern appears to be travel restrictions that have hindered his ability to work and pursue better employment opportunities. When in the judgment and discretion of the Probation Department, it is possible for Probation alleviate these restrictions, it should do so. Finally, defendant has completed only approximately one year of his supervised release term. After he has completed at least two years of supervised release, and if he continues to be compliant with all conditions of supervision, he may reapply for early termination. If he does wish to reapply, he should consult his probation officer before making the application.

Accordingly, defendant's motion for early termination of supervised release is DENIED.

Chambers will mail a copy of this Order to defendant at the following address:

Justin Laurel
1601 SW 27th Avenue, Apt. 707
Ocala, FL 34471

Dated: January 9, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge