UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA           :

v.                                 :     **ORDER**

JUSTIN LAUREL,                     :     15 CR 402 (VB)
                           Defendant.    :
--------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/24

      In a letter received by the Court on October 29, 2024 (which will be separately docketed), defendant Justin Laurel seeks early termination of supervised release.

      The request is GRANTED.

      Having reviewed defendant's application for early termination, consulted with his probation officer, and considered the factors set forth in 18 U.S.C. § 3553(a), the Court is satisfied that early termination of supervised release pursuant to 18 U.S.C. § 3583(e) is warranted by Mr. Laurel's conduct and the interest of justice. Defendant has served more than two years of his five-year term of supervised release following completion of a ten-year term of imprisonment. He has maintained a stable residence in Florida, as well as stable employment, including a recent promotion that requires travel outside Florida. He has complied with all conditions of supervision and has had no contact with law enforcement. He has successfully completed a drug treatment program and filed timely tax returns. Early termination will allow Mr. Laurel to fulfill his current job responsibilities and pursue other higher-paying employment opportunities. Mr. Laurel has also committed to living a law-abiding and productive life, which his conduct over the last two years suggests he is ready, willing, and able to do.

      Although Mr. Laurel was designated as a "career offender" under the Sentencing Guidelines at the time of his sentencing in 2017, which ordinarily would counsel against early termination, the conduct underlying the two predicate drug convictions occurred, respectively, nearly 12 and 24 years ago and did not involve violence. Nor did the instant offense involve violence. Under the circumstances, the Court is persuaded that Mr. Laurel has paid his debt to society and earned the opportunity to live his life without the need for further court oversight.

      Supervision will be terminated effective December 31, 2024, in order to give defendant's probation officer in the Middle District of Florida an opportunity to meet with Mr. Laurel and provide whatever guidance the probation officer believes is appropriate under the circumstances.

      Accordingly, it is hereby ORDERED that supervised release is terminated, and defendant Justin Laurel is discharged therefrom, effective December 31, 2024.

1

Chambers will mail a copy of this Order to defendant at the following address:

Justin Laurel
1601 SW 27th Avenue, Apt. 707
Ocala, FL  34471

Dated: November 27, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge